R. Shawn Oller, Bar No. 019233
soller@littler.com
Chrisanne M. Gultz, Bar No. 034482
cgultz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600
Fax No.: 602.957.1801

Attorneys for Defendant CWT US, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Darren Toohey,<br><br>    Plaintiff,<br><br>v.<br><br>CWT US, LLC, a Delaware corporation,<br><br>    Defendant. | Case No.<br><br>**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441 (DIVERSITY)**<br><br>(REMOVED FROM MARICOPA COUNTY SUPERIOR COURT, CASE NO. **CV2025-004685**) |

**TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

PLEASE TAKE NOTICE that Defendant CWT US, LLC, hereby removes the above-entitled action from the Superior Court of the State of Arizona, County of Maricopa, to the United States District Court for the District of Arizona. Defendant makes the removal because this Court has original jurisdiction under 28 U.S.C. § 1332 and the action is removable under 28 U.S.C. §§ 1441, 1446, and Local Rule of Civil Procedure 3.6.

In support of this Notice of Removal, Defendant states the following:

1. On February 4, 2025, Plaintiff Darren Toohey ("Plaintiff") filed an Original Complaint ("Complaint") in the Superior Court of Arizona, County of Maricopa, styled *Darren Toohey v. CWT US, LLC*, Case No. CV2025-004685 (the "State Court Action"). Plaintiff's Complaint asserts causes of action for unpaid wages, breach of contract, breach

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

of the covenant of good faith and fair dealing, anticipatory breach of contract, and anticipatory breach of the covenant of good faith and fair dealing. A true and correct copy of Plaintiff's Original Complaint is attached to this Notice of Removal as **Exhibit 1**.

2. On February 6, 2025, Plaintiff served a copy of the state court Summons, Complaint, and Certificate of Compulsory Arbitration on Defendant by process server. True and complete copies of all process, pleadings, and orders in the State Court Action received by Defendant are being filed with this Notice as required by 28 U.S.C. § 1446(a) and are attached hereto as **Exhibit 2**.

3. Accordingly, Defendant has filed this Notice of Removal within 30 days of the filing of the Complaint and receipt by Defendant of the initial pleading setting forth a removable claim and it is timely filed under 28 U.S.C. § 1446(b). Specifically, Defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons to file the notice of removal. 28 U.S.C. § 1446(b)(2)(B).

## Diversity Jurisdiction

4. This Court has original jurisdiction over the action under 28 U.S.C. § 1332 and removal jurisdiction under 28 U.S.C. § 1441(b) because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs. Defendant is now, and was at the time this action commenced, diverse in citizenship from Plaintiff.

5. Specifically, Plaintiff is presently domiciled in Maricopa County, Arizona, and was domiciled there at the time this action commenced. *See* Complaint at ¶ 1, Exhibit 1. Plaintiff was at that time, and is now, a citizen of the State of Arizona. *Id.* Defendant is now, and at the time Plaintiff commenced this action was, a foreign corporation. *Id*. at ¶¶ 2. Defendant is not now, and at the time Plaintiff commenced this action was not, a citizen of Arizona. Defendant is incorporated in Delaware with its principal state of business in Minnetonka, Minnesota. Additionally, CWT US, LLC's sole member, CWT Travel, Inc., is incorporated in Minnesota with its principal state of business in Minnetonka, Minnesota. Accordingly, there is complete diversity of citizenship between the parties.

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

**Amount in Controversy**

6. Defendant need only establish that the amount in controversy exceeds $75,000 by a preponderance of the evidence, that is, that it is more likely than not that the amount in controversy exceeds $75,000. *See Dart Cherokee Basin Operating Co. v. Owens,* 135 S. Ct. 547, 551 (2014); *Singer v. State Farm Mut. Auto Ins. Co.,* 116 F.3d 373, 376 (9th Cir. 1997); *Sanchez v. Monumental Life Ins. Co.,* 102 F.3d 398, 404 (9th Cir. 1996). "In measuring the amount in controversy, a court must assume the allegations in the complaint are true and assume that a jury will return a verdict for the plaintiff on all claims made in the complaint." *Forever Living Products v. Geyman,* 471 F.Supp.2d 980, 986 (D. Ariz. 2006) (citation omitted).

7. It is facially apparent from the allegations in the Complaint that the amount in controversy exceeds $75,000. Specifically, Plaintiff alleges that the compensatory damages owed to him is at least $255,000. *See* Complaint at ¶ 12, Exhibit 1. Accordingly, the amount in controversy in this case meets the jurisdictional requirements.

8. Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as the district embracing the place where the State Court Action is pending.

9. Notice of this removal is effectuated properly and timely pursuant to 28 U.S.C. § 1446(b)(1) as it is filed within 30 days after Defendant was served with the Summons and the Complaint in the Action. This Court has original jurisdiction over the action under 28 U.S.C. § 1332 and removal jurisdiction under 28 U.S.C. § 1441(a) because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

10. Based on the foregoing, this Action is properly removed to this Court as there is complete diversity and the amount in controversy requirement is satisfied.

11. Defendant has given written notice of this removal to all adverse parties, in accordance with 28 U.S.C. § 1446(d). A copy of the Notice to Adverse Party of Removal of Civil Action to Federal Court filed in the Superior Court of Arizona, County of Maricopa is attached as **Exhibit 3**.

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

12. Defendant filed a Notice to State Court of Removal of Civil Action to Federal Court in the Superior Court of the State of Arizona, County of Maricopa and served Plaintiff with the Notice, in accordance with 28 U.S.C. § 1446(d) and Local Rule of Civil Procedure 3.6. A copy of the Notice to State Court of Removal of Civil Action to Federal Court is attached as **Exhibit 4**.

Dated: March 7, 2025                     Respectfully submitted,

*/s/ R. Shawn Oller*
R. Shawn Oller
Chrisanne M. Gultz
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CWT US, LLC

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

4

I hereby certify that the original of the foregoing was electronically filed using CM/ECF and a copy of the same was emailed to the following if non-registrants, this 7th day of March, 2025, to:

Donald Peder Johnsen
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
DPJ@gknet.com

*Attorneys for Plaintiff*


*/s/ Brooke Williamson*
Brooke Williamson

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

5