# EXHIBIT 2

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
M. Owen, Deputy
2/4/2025 7:09:56 PM
Filing ID 19282794

**Plaintiff's Attorney:**

Donald Peder Johnsen

Bar Number: 011545, issuing State: AZ

Law Firm: Gallagher and Kennedy P.A.

2575 E Camelback Rd, Ste 1100

Phoenix, AZ 85016

Telephone Number: (602)530-8000

Email address: don.johnsen@gknet.com

CV2025-004685

**Plaintiff:**

Darren Toohey

**Defendant:**

CWT US, LLC

c/o Corporation Service Company 7955 S Priest Dr., Suite 102
Tempe, AZ 85284

Discovery Tier t3

Case Category: Other Civil Case Categories
Case Subcategory: Wages

AZTurboCourt.gov Form Set #11059491

Person Filing: Donald Peder Johnsen
Address (if not protected): 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Telephone: (602)530-8000
Email Address: don.johnsen@gknet.com
Representing [ ☐ ] Self or [ ☒ ] Attorney for:
Lawyer's Bar Number: 011545, Issuing State: AZ

Clerk of the Superior Court
*** Electronically Filed ***
M. Owen, Deputy
2/4/2025 7:09:56 PM
Filing ID 19282796

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Case Number: **CV2025-004685**

Darren Toohey
_____
Name of Plaintiff

**SUMMONS**

AND

CWT US, LLC
_____
Name of Defendant

> **WARNING:** This is an official document from the court that affects your rights. Read this carefully.
> If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** CWT US, LLC
_____
Name of Defendant

1. **A lawsuit has been filed against you.** A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to Clerk of the Superior Court, or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons. Note: If you do not file electronically you will not have electronic access to the document in this case.

*AZturboCourt.gov Form Set #11059491*

3.  If this "Summons" and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your "Response" or "Answer" must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this "Summons" and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least ten (10) judicial days before your scheduled court date.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the office of the judge or commissioner assigned to the case at least ten (10) judicial days in advance of your scheduled court date.

SIGNED AND SEALED this Date: *February 04, 2025*

*JEFF FINE*
Clerk of Superior Court

By: *M. OWEN*
Deputy Clerk



If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #1059491

Clerk of the Superior Court
*** Electronically Filed ***
M. Owen, Deputy
2/4/2025 7:09:56 PM
Filing ID 19282795

Person/Attorney Filing: Donald Peder Johnsen
Mailing Address: 2575 E Camelback Rd, Ste 1100
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (602)530-8000
E-Mail Address: don.johnsen@gknet.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 011545, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

Darren Toohey
Plaintiff(s),
v.
CWT US, LLC
Defendant(s).

Case No. **CV2025-004685**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this February 04, 2025

By: Donald Peder Johnsen /s/
Plaintiff/Attorney for Plaintiff

AZTurboCourt.gov Form Set #1059491

CLERK OF THE
SUPERIOR COURT
RECEIVED CCC #3
NIGHT DEPOSITORY

25 FEB -7 PM 12: 13

**FILED**
BY: R. Matthews DEP

Gallagher & Kennedy PA
2575 E Camelback Rd Suite 1100
Phoenix, AZ 85016
(602) 530-8597

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
**IN AND FOR THE COUNTY OF MARICOPA**

**DARREN TOOHEY**

Plaintiff,

vs.

**CWT US, LLC**

Defendant.

Case Number: CV2025-004685

**AFFIDAVIT OF SERVICE**

Received by HOT SHOT LEGAL SERVICES on the 6th day of February, 2025 at 10:26 am to be served on CWT US, LLC, c/o Corporation Service Company, Statutory Agent, 7955 South Priest Drive, Suite 102, Tempe, AZ 85284.

I, Christopher Turnage - Badge MC8160, being duly sworn, depose and say that on the 6th day of February, 2025 at 3:12 pm, I:

**PERSONALLY:** served by delivering a true copy of the **SUMMONS, COMPLAINT, COVER SHEET, CERTIFICATE OF COMPULSORY ARBITRATION** with the date and hour of service endorsed thereon by me, to: **Nicole Wise as Service of Process Coordinator for Corporation Service Company**, registered agent for **CWT US, LLC** at the address of: 7955 S Priest Drive Suite 102, Tempe, AZ 85284, and informed said person of the contents therein in compliance with state statutes and stating to me at the time of service that he/she is authorized to accept service of process.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: Caucasian, Height: 5-3, Weight: 135, Hair: Brn, Glasses: N

I certify that I am over the age of 21, have no interest in the above action, and am a Licensed Process Server, within the county of Maricopa, State of ARIZONA, in good standing and am fully qualified to serve process in this cause.

"I Declare under Penalty of Perjury that the foregoing is true and correct".

Subscribed and Sworn to before me on the 7th day
of february, 2025 by the affiant who is
personally known to me.

NOTARY PUBLIC

PATTI L. OWEN
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 676943
Expires October 20, 2028

**Christopher Turnage - Badge MC8160**
Licensed Process Server

**HOT SHOT LEGAL SERVICES**
**236 East Pima Street**
**Suite 106**
**Phoenix, AZ 85004**
**(602) 257-5507**

Our Job Serial Number: DEK-2025000278
Ref: 43078-0001

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

