# EXHIBIT 3

R. Shawn Oller, Bar No. 019233
soller@littler.com
Chrisanne M. Gultz, Bar No. 034482
cgultz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600
Fax No.:  602.957.1801

Attorneys for Defendant CWT US, LLC

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF MARICOPA**

| | |
|---|---|
| DARREN TOOHEY,<br><br>  Plaintiff,<br><br>v.<br><br>CWT US, LLC, A DELAWARE CORPORATION,<br><br>  Defendant. | Case No. CV2025-004685<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>(Assigned to the Hon. Michael Herrod)<br><br>**(**Complaint filed February 4, 2025**)** |

**TO:   PLAINTIFF DARREN TOOHEY AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 7, 2025, Defendant CWT US, LLC removed this action from this Court to the U.S. District Court for the District of Arizona. A copy of the Notice of Removal is attached as **Exhibit A**.

Dated: March 7, 2025                    Respectfully submitted,


                                        */s/ R. Shawn Oller*
                                        R. Shawn Oller
                                        Chrisanne M. Gultz
                                        LITTLER MENDELSON, P.C.

                                        Attorneys for Defendant
                                        CWT US, LLC

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

Original e-filed with the Clerk of the Court and electronically served via AZ TurboCourt this 7th day of March, 2025, to:

The Honorable Michael Herrod
Maricopa County Superior Court Judge

COPY electronically served via AZ TurboCourt and email this 7th day of March, 2025, to:

Donald Peder Johnsen
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
DPJ@gknet.com

*Attorneys for Plaintiff*

/s/ Brooke Williamson
Brooke Williamson

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

2