# EXHIBIT 4

R. Shawn Oller, Bar No. 019233
soller@littler.com
Chrisanne M. Gultz, Bar No. 034482
cgultz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone:   602.474.3600
Fax No.:       602.957.1801

Attorneys for Defendant CWT US, LLC

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| DARREN TOOHEY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CWT US, LLC, A DELAWARE CORPORATION,<br><br>　　　　Defendant. | Case No. CV2025-004685<br><br>**NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>(Assigned to the Hon. Michael Herrod)<br><br>**(**Complaint filed February 4, 2025**)** |

**TO:   CLERK OF THE SUPERIOR COURT OF ARIZONA, COUNTY OF MARICOPA:**

　　　PLEASE TAKE NOTICE that on March 7, 2025, Defendant CWT US, LLC removed this action from this Court to the U.S. District Court for the District of Arizona. A copy of the Notice of Removal is attached as **Exhibit A**.

Dated: March 7, 2025

Respectfully submitted,

*/s/ R. Shawn Oller*
R. Shawn Oller
Chrisanne M. Gultz
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CWT US, LLC

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

Original e-filed with the Clerk of the Court and electronically served via AZ TurboCourt this 7th day of March, 2025, to:

The Honorable Michael Herrod
Maricopa County Superior Court Judge

COPY electronically served via AZ TurboCourt and email this 7th day of March, 2025, to:

Donald Peder Johnsen
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
DPJ@gknet.com

*Attorneys for Plaintiff*

/s/ Brooke Williamson
Brooke Williamson

2