UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):   **Darren Toohey , ;** | **Defendant**(s): **CWT US, LLC , ;** |
| County of Residence: Maricopa | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Donald Johnsen ,** <br> Gallagher & Kennedy <br><br> Phoenix, Arizona  85016 <br> (602) 530-8000 | **R. Shawn Oller ,** <br> Littler Mendelson <br><br> Phoenix, Arizona  85016 <br> (602) 474-3600 <br> **Chrisanne Gultz ,** <br> Littler Mendelson <br><br> Phoenix, Arizona  85016 <br> (602) 474-3600 |

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2025-004685**

| | |
|---|---|
| II. Basis of Jurisdiction: | 4. Diversity (complete item III) |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **1 Citizen of This State** |
| Defendant:- | **5 Non AZ corp and Principal place of Business outside AZ** |
| IV. Origin : | **2. Removed From State Court** |
| V. Nature of Suit: | **190 Other Contract** |
| VI.Cause of Action: | **Diversity 28 U.S.C. Section 1332** |
| VII. Requested in Complaint | |
| Class Action: | No |
| Dollar Demand: | $255,000 |
| Jury Demand: | No |
| VIII. This case **is not related** to another case. | |
| **Signature:** /s/ R. Shawn Oller | |

**Date:** 03/7/2025

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014