R. Shawn Oller, Bar No. 019233
soller@littler.com
Chrisanne M. Gultz, Bar No. 034482
cgultz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone:   602.474.3600
Fax No.:       602.957.1801

Attorneys for Defendant CWT US, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darren Toohey,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CWT US, LLC, a Delaware corporation,<br><br>　　　　Defendant. | Case No.<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant CWT US, LLC in compliance with the provisions of: (*check one*)

　　__X__　Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

　　_____　Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

　　_____　Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

  __X__   No such corporation.

  _____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed*).

_____

  _____   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of the financial interest.* (*Attach additional pages if needed*).

_____

Relationship _____

  _____   Other (please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: March 7, 2025.                                   Respectfully submitted,

/s/ R. Shawn Oller
R. Shawn Oller
Chrisanne M. Gultz
LITTLER MENDELSON, P.C.

Attorneys for Defendant
CWT US, LLC

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

2

I hereby certify that the original of the foregoing was electronically filed using CM/ECF and a copy of the same was emailed to the following if non-registrants, this 7th day of March, 2025, to:

Donald Peder Johnsen
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
DPJ@gknet.com

*Attorneys for Plaintiff*

*/s/ Brooke Williamson*
Brooke Williamson

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600