R. Shawn Oller, Bar No. 019233
soller@littler.com
Chrisanne M. Gultz, Bar No. 034482
cgultz@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
Telephone: 602.474.3600
Fax No.: 602.957.1801

Attorneys for Defendant CWT US, LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darren Toohey,<br><br>    Plaintiff,<br><br>v.<br><br>CWT US, LLC, a Delaware corporation,<br><br>    Defendant. | Case No. CV-25-00797-PHX-DJH<br><br>**ANSWER** |

Defendant CWT US, LLC ("CWT"), by and through undersigned counsel, hereby submits its Answer, Affirmative and Other Defenses ("Answer") to Plaintiff Darren Toohey's ("Plaintiff") Complaint ("Complaint"). For its Answer, Defendant admits, denies, and states as follows:

## JURISDICTION AND VENUE

1. In response to Paragraph 1, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and therefore denies the same.

2. In response to Paragraph 2, Defendant admits only that it is a Delaware corporation doing business in Maricopa County, Arizona. Defendant denies any remaining allegations contained in Paragraph 2.

3. In response to Paragraph 3, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and therefore denies the same.

4. In response to Paragraph 4, Defendant timely removed this matter to federal court based on diversity.

5. In response to Paragraph 5, Defendant does not dispute that Maricopa County, Arizona is the proper venue.

6. In response to Paragraph 6, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and therefore denies the same.

## GENERAL ALLEGATIONS

7. In response to Paragraph 7, Defendant admits only that Plaintiff was most recently employed by the Company as its Head of Global Sales and Plaintiff's compensation package included eligibility for various discretionary and nondiscretionary bonuses. Defendant does not dispute Plaintiff's general characterization of the Sales Leader Incentive Program ("SLIP") bonus but denies the description alleged is complete and therefore denies the same. Defendant denies any remaining allegations contained in Paragraph 7.

8. Defendant admits the allegations contained in Paragraph 8.

9. In response to Paragraph 9, Defendant admits only that between 2020 and 2023, the Company booked new accounts' anticipated travel business based on those new accounts' reported 2019 travel numbers. Defendant denies the remaining allegations contained in Paragraph 9.

10. In response to Paragraph 10, Defendant is not required to respond to the legal allegations contained therein. To the extent a response is required, Defendant denies the factual allegations contained in Paragraph 10.

LITTLER
MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback
Road
Suite 900
Phoenix, AZ 85016
602.474.3600

2

11. In response to Paragraph 11, Defendant lacks knowledge or information sufficient to form a belief about Plaintiff's expectations and therefore denies the same.

12. Defendant denies the allegations contained in Paragraph 12.

13. Defendant denies the allegations contained in Paragraph 13.

14. In response to Paragraph 14, Defendant admits only that it received a demand from Plaintiff and Defendant has not paid that demand. Defendant denies any remaining allegations contained in Paragraph 14.

15. Defendant denies the allegations contained in Paragraph 15.

16. In response to Paragraph 16, Defendant admits only that it advised Plaintiff on or about December 9, 2024, that his 2024 bonus would be calculated based on new accounts' most current data. Defendant denies the remaining factual allegations in Paragraph 16.

17. In response to Paragraph 17, Defendant admits only that it has not yet provided Plaintiff with a final detail of new accounts generated or upsells on existing accounts during 2024. Defendant denies the remaining factual allegations contained in Paragraph 17.

18. In response to Paragraph 18, Defendant admits only that Plaintiff resigned effective January 17, 2025. In further response to Paragraph 18, Defendant admits only that Defendant received a demand from Plaintiff and Defendant has not paid that demand. In further response to Paragraph 18, Defendant admits only that 2024 SLIP bonuses have not yet been paid out. Defendant denies any remaining factual allegations contained in Paragraph 18.

**COUNT ONE: FAILURE TO PAY WAGES**

19. In response to Paragraph 19, Defendant incorporates each paragraph of its Answer above as if fully restated herein.

20. Defendant admits the allegations contained in Paragraph 20.

21. Defendant admits the allegations contained in Paragraph 21.

22. In response to Paragraph 22, Defendant is not required to respond to the legal allegations contained therein. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief about Plaintiff's expectations and therefore denies the same. Defendant denies the remaining factual allegations contained in Paragraph 22.

23. In response to Paragraph 23, Defendant is not required to respond to the legal allegations contained therein and Paragraph 23 contains no factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 23.

24. In response to Paragraph 24, Defendant is not required to respond to the legal allegations contained therein and Paragraph 24 contains no factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 24.

25. In response to Paragraph 25, Defendant is not required to respond to the legal allegations contained therein. To the extent a response is required, Defendant denies the factual allegations contained in Paragraph 25.

26. In response to Paragraph 26, Defendant is not required to respond to the legal allegations contained therein and Paragraph 26 contains no factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 26.

**COUNT TWO: BREACH OF CONTRACT**

27. In response to Paragraph 27, Defendant incorporates each paragraph of its Answer above as if fully restated herein.

28. In response to Paragraph 28, Defendant admits only that Plaintiff's compensation package included eligibility for various discretionary and nondiscretionary bonuses. Defendant denies the remaining allegations in Paragraph 28.

29. In response to Paragraph 29, Defendant is not required to respond to the legal allegations contained therein and Paragraph 29 contains no factual allegations.

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

4

To the extent a response is required, Defendant denies the allegations in Paragraph 29.

30. In response to Paragraph 30, Defendant is not required to respond to the legal allegations contained therein and Paragraph 30 contains no factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 30.

31. Defendant denies the allegations contained in Paragraph 31.

32. In response to Paragraph 32, Defendant is not required to respond to the legal allegations contained therein and Paragraph 32 contains no factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 32.

**COUNT THREE: BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING**

33. In response to Paragraph 33, Defendant incorporates each paragraph of its Answer above as if fully restated herein.

34. In response to Paragraph 34, Defendant is not required to respond to the legal allegations contained therein and Paragraph 34 contains no factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 34.

35. In response to Paragraph 35, Defendant is not required to respond to the legal allegations contained therein and Paragraph 35 contains no factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 35.

36. Defendant denies the allegations contained in Paragraph 36.

37. In response to Paragraph 37, Defendant is not required to respond to the legal allegations contained therein and Paragraph 37 contains no factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 37.

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

## COUNT FOUR: ANTICIPATORY BREACH OF CONTRACT

38. In response to Paragraph 38, Defendant incorporates each paragraph of its Answer above as if fully restated herein.

39. In response to Paragraph 39, Defendant admits only that Plaintiff's compensation package included eligibility for various discretionary and nondiscretionary bonuses. Defendant denies the remaining allegations in Paragraph 39.

40. In response to Paragraph 40, Defendant is not required to respond to the legal allegations contained therein and Paragraph 40 contains no factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 40.

41. In response to Paragraph 41, Defendant is not required to respond to the legal allegations contained therein and Paragraph 41 contains no factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 41.

42. Defendant denies the allegations contained in Paragraph 42.

43. Defendant denies the allegations contained in Paragraph 43.

44. In response to Paragraph 44, Defendant is not required to respond to the legal allegations contained therein and Paragraph 44 contains no factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 44.

## COUNT FIVE: ANTICIPATORY BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING

45. In response to Paragraph 45, Defendant incorporates each paragraph of its Answer above as if fully restated herein.

46. In response to Paragraph 46, Defendant is not required to respond to the legal allegations contained therein and Paragraph 46 contains no factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 46.

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

47. In response to Paragraph 47, Defendant is not required to respond to the legal allegations contained therein and Paragraph 47 contains no factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 47.

48. Defendant denies the allegations contained in Paragraph 48.

49. Defendant denies the allegations contained in Paragraph 49.

50. In response to Paragraph 50, Defendant is not required to respond to the legal allegations contained therein and Paragraph 50 contains no factual allegations. To the extent a response is required, Defendant denies the allegations in Paragraph 50.

## **RELIEF SOUGHT**

In response to Plaintiff's prayer for relief, Defendant denies Plaintiff is entitled to the relief sought in his Complaint and his Prayer for Relief.

## **AFFIRMATIVE DEFENSES**

Based on Defendant's knowledge of the facts to date, Defendant asserts the following affirmative and other defenses. To the extent that any defenses or legal theories asserted herein may be interpreted as being inconsistent, such defenses or legal theories are hereby pled in the alternative. Subject to and without waiving the foregoing, and in the alternative if necessary, and without waiving Plaintiff's burden to show otherwise, Defendant pleads as follows:

1. Plaintiff has not adequately pleaded the required elements of one or more claims.
2. Defendant did not receive consideration in exchange for Plaintiff's performance.
3. There was no mutual agreement or "meeting of the minds" on the contract terms.
4. There was no underlying breach of contract, which is necessary to support a claim for a breach of the implied covenant.
5. To the extent there was a contract, performance became impossible or impracticable due to unforeseen events beyond Defendant's control.

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

7

6. The purpose of the contract was frustrated due to events beyond the control of Defendant, making performance under the covenant impossible or impracticable.
7. The parties reached a subsequent agreement, and Defendant performed under that agreement.
8. Plaintiff knowingly and voluntarily waived his rights under the contract or the implied covenant, either explicitly or implicitly.
9. Plaintiff is estopped from asserting a breach of contract claim because his actions or statements led Defendant to reasonably rely on the belief that the contract would not be enforced.
10. A new contract replaced the original contract, extinguishing Defendant's obligations under the original agreement.
11. Defendant's actions were legitimate business decisions made in good faith.
12. Defendant acted in accordance with the express terms of the contract and Plaintiff cannot use the implied covenant to impose obligations beyond those agreed upon.
13. The implied covenant cannot be used to impose contract terms to which the parties have not explicitly agreed.

WHEREFORE, Defendant prays for judgment as follows:

1. That judgment be entered on Plaintiff's Complaint in favor of Defendant, and that the Court dismiss Plaintiff's Complaint with prejudice in its entirety;
2. That Plaintiff take nothing from his Complaint;
3. That the Court award Defendant attorneys' fees and costs of suit incurred herein; and
4. For such other and further relief as the Court deems just and proper.

LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

8

Dated:  March 14, 2025

*/s/ Chrisanne M. Gultz*
R. Shawn Oller
Chrisanne M. Gultz
LITTLER MENDELSON, P.C.

*Attorneys for Defendant CWT US, LLC*

I hereby certify that the original of the foregoing was electronically filed using CM/ECF and a copy of the same was emailed to the following if non-registrants, this 14th day of March, 2025, to:

Donald Peder Johnsen
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
DPJ@gknet.com

*Attorneys for Plaintiff*


*/s/ Brooke Williamson*
Brooke Williamson

LITTLER
MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

9